UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

VICTOR ANDREWS, *on behalf of himself and all others similarly situated,*

          Plaintiff,

    -against-

ROKU, INC.,

         Defendant.

Case No.: 1:19-cv-863

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, ROKU, INC., pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: _____
Timothy J. Straub, Esq.
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6821
timothy.straub@dentons.com

Date: ____8/29/19____

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 W. 24th Street, Eighth Floor
New York, NY 10011
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: ____August 29, 2019____

SO ORDERED

_____
U.S.D.J.